74 A.3d 121

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Thomas WISNIEWSKI, Petitioner.**

**No. 88 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 4, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of September, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**